In the Matter of J. DANIEL MAHONEY, as State Chairman of the Conservative Party of the State of New York, Respondent, v. JAMES M. Power et al., Constituting the Board of Elections of the City of New York, Respondent, and FRANK S. GANNON, Appellant.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.